# Ronald P. Mysliwiec
ATTORNEY AT LAW

530 Third Street

Brooklyn, NY 11215-3003

Direct (718) 768-0834

Mobile (917) 843-9189

Telefax (718) 768-4581

E-mail rpm@rpmlawny.com

August 19, 2013

Hon. Cheryl L. Pollack
United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Davis v. Fordham, 12-CV-6266

Dear Judge Pollack:

    I did not receive Mr. Fordham's August 13, 2013 letter seeking a continuance of his motion return date until yesterday, after a four-day weekend away, and I did not have an opportunity to respond before I received today your e-filed order granting the continuance until September 5, 2013, at 3:00 p.m.

    I represent plaintiff Megan Davis. Plaintiff has no objection to the continuance. However, I cannot be present, as I will be on vacation in New Mexico between September 3 and September 12. Ms. Davis has no interest at stake in Mr. Fordham's motion. With Your Honor's permission, I would ask that I be excused from attending.

Respectfully yours,

cc: Christopher T. Feeny, Esq. (via pdf)
    Mr. Clifton Fordham ( via pdf)